*Dennis Clay Sharpless*
Plaintiff

v.

*Chuck M Norris*
Defendant

Case Number: 3-25CV0599-G

Complain

By LAW Chuck Norris is guilty of Being A LAW Breck & HIM AN HIS PARCK is Bad & Count ORDER PRICE-LASS

* Attach additional pages as needed.

Date: 
Signature: *Dennis Clay Sharpless*
Print Name: DALLAS DENNIS CLAY SHARPLESS
Address: SAME
City, State, Zip: //
Telephone: //